1  KING & SIEGEL LLP
   JULIAN BURNS KING, Bar No. 298617
2  julian@kingsiegel.com
   ELLIOTT J. SIEGEL, Bar No. 286798
3  elliott@kingsiegel.com
   ROBERT J. KING, Bar No. 302545
4  robert@kingsiegel.com
   724 S. Spring Street, Suite 201
5  Los Angeles, CA  90014
   Telephone:     213.465.4802
6  Facsimile:     213.465.4803

7  Attorneys for Plaintiff
   SARAH FRAZIER
8
   LITTLER MENDELSON, P.C.
9  BARBARA A. BLACKBURN, Bar No. 253731
   bblackburn@littler.com
10 NATHANIEL H. JENKINS, Bar No. 312067
   nenkins@littler.com
11 500 Capitol Mall
   Suite 2000
12 Sacramento, CA  95814
   Telephone:     916.830.7200
13 Facsimile:     916.561.0828

14 Attorneys for Defendant
   ULTA SALON, COSMETICS & FRAGRANCE,
15 INC.

16                  UNITED STATES DISTRICT COURT

17                 EASTERN DISTRICT OF CALIFORNIA

18

19

   SARAH FRAZIER, an individual,          Case No.  2:20-cv-01608-TLN-DB
20
                Plaintiff,
21
   v.                                     **JOINT STIPULATION TO CONTINUE**
22                                        **DEFENDANT'S RESPONSIVE PLEADING**
   ULTA SALON, COSMETICS &                **DEADLINE; ORDER THEREON**
23 FRAGRANCE, INC., a Delaware
   corporation and DOES 1-10, inclusive,  Complaint filed:            08/11/2020
24                                        Amended Complaint filed:  09/10/2020
                Defendant.
25

26

27

28

LITTLER MENDELSON, P.C.
500 CAPITOL MALL
SUITE 2000
SACRAMENTO, CA  95814
916.830.7200

JOINT STIPULATION TO CONTINUE
DEFENDANT'S TIME TO ANSWER AMENDED
COMPLAINT; ORDER

2:20-cv-01608-TLN-DB

1    Pursuant to Local Rule 144, Plaintiff Sarah Frazier ("Plaintiff") and Defendant Ulta

2    Salon, Cosmetics & Fragrance, Inc. ("Defendant") (collectively, the "Parties"), by and through their

3    respective counsel of record, hereby agree and respectfully stipulate as follows:

4    **WHEREAS**, Plaintiff filed her First Amended Complaint on September 10, 2020 (ECF

5    No. 5), and served Defendant with the First Amended Complaint on September 15, 2020 (Defendant

6    had not been served with Plaintiff's original Complaint), making Defendant's responsive pleading

7    deadline October 6, 2020;

8    **WHEREAS**, on October 6, 2020, the Parties stipulated to extend Defendant's deadline

9    to respond to Plaintiff's First Amended Complaint out to October 20, 2020 (ECF No. 8);

10   **WHEREAS,** Defendant filed its Answer to Plaintiff's First Amended Complaint on

11   October 20, 2020 (ECF No. 10);

12   **WHEREAS**, on October 29, 2020, the Parties met and conferred regarding Plaintiff's

13   contention that Defendant's Answer was deficient, and in turn, Defendant agreed to file an Amended

14   Answer;

15   **WHEREAS**, pursuant to Federal Rule of Civil Procedure Rule 12, Plaintiff's deadline

16   to move to strike Defendant's Answer is November 10, 2020; but that Defendant agrees to provide

17   Plaintiff with an extension of time during which Defendant can finalize its Amended Answer.

18   **THEREFORE** the Parties stipulate to extend Plaintiff's deadline to move to strike

19   Defendant's Answer out to November 20, 2020.

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

LITTLER MENDELSON, P.C.
500 CAPITOL MALL
SUITE 2000
SACRAMENTO, CA  95814
916.830.7200

JOINT STIPULATION TO CONTINUE
DEFENDANT'S TIME TO ANSWER AMENDED          2.                          2:20-cv-01608-TLN-DB
COMPLAINT; ORDER

1    Dated:  November 12, 2020              KING & SIEGEL LLP

2

3                                          By: _/s/ Robert J. King (Authorized on 11/12/2020)_
                                               JULIAN BURNS KING
4                                              ELLIOT J. SIEGEL
                                               ROBERT J. KING
5                                              Attorneys for Plaintiff
                                               SARAH FRAZIER
6
     Dated:  November 12, 2020              LITTLER MENDELSON, P.C.
7

8
                                           By: _/s/ Nathaniel H. Jenkins_
9                                              BARBARA A. BLACKBURN
                                               NATHANIEL H. JENKINS
10                                             Attorneys for Defendant
                                               ULTA SALON, COSMETICS &
11                                             FRAGRANCE, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO CONTINUE
DEFENDANT'S TIME TO ANSWER AMENDED          3.                          2:20-cv-01608-TLN-DB
COMPLAINT; ORDER

**ORDER**

Having read and considered the Parties' Joint Stipulation to Continue Plaintiff's deadline to move to strike Defendant's Answer, and good cause appearing wherefore, the Court hereby ORDERS that Plaintiff's deadline to move to strike Defendant's Answer is continued out to November 20, 2020.

**IT IS SO ORDERED.**

Dated: November 12, 2020

_____
Troy L. Nunley
United States District Judge

LITTLER MENDELSON, P.C.
500 CAPITOL MALL
SUITE 2000
SACRAMENTO, CA  95814
916.830.7200

JOINT STIPULATION TO CONTINUE
DEFENDANT'S TIME TO ANSWER AMENDED
COMPLAINT; ORDER

4.

2:20-cv-01608-TLN-DB