1  Julian Burns King (Bar No. 298617)
2  julian@kingsiegel.com
   Robert J. King (Bar No. 302545)
3  robert@kingsigel.com
4  **KING & SIEGEL LLP**
   724 S. Spring Street, Suite 201
5  Los Angeles, California 90014
   *tel:*  (213) 465-4802
6  *fax:*  (213) 465-4803
7
8  Attorneys for Plaintiff
   Sarah Frazier
9
   Barbara A. Blackburn (SBN 253731)
10 bblackburn@littler.com
   Nathaniel H. Jenkins (SBN 312067)
11 njenkins@littler.com
12 **LITTLER MENDELSON P.C.**
   500 Capitol Mall, Suite 200
13 Sacramento, CA 95814
14 Telephone: (916) 830-7200
   Facsimile: (916) 561-0828
15
   Attorneys for Defendant
16 ULTA Salon, Cosmetics & Fragrance, Inc.

17              **UNITED STATES DISTRICT COURT**
18           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARAH FRAZIER, an individual, | CASE NO. 2:20-cv-01608-TLN-DB |
| Plaintiff, | Case Assigned to: |
| vs. | District Judge: Hon. Troy L. Nunley |
| ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware corporation; and DOES 1-10, inclusive, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| | Complaint Filed:           08/11/2020<br>Amended Complaint Filed:  09/10/2020 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Sarah Frazier ("Plaintiff") and ULTA Salon, Cosmetics & Fragrance, Inc. ("Defendant") (collectively, "the Parties"), by and through their counsel, stipulate and agree that the above-captioned case and all claims asserted therein be dismissed in their entirety with prejudice. The Parties further stipulate and agree that each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED**

Dated: August 24, 2023              **KING & SIEGEL LLP**

By: *Robert J. King*
Julian Burns King
Robert J. King
Attorneys for Plaintiff

Dated: August 24, 2023              **LITTLER MENDELSON P.C.**

By: */s/ Nathaniel H. Jenkins (as approved on 8/24/23)*
Barbara A. Blackburn
Nathaniel H. Jenkins
Attorneys for Defendant